IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHIANNON CORNISH,

     Plaintiff,                         No. CIV S-06-0107 PAN

     vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

     Defendants.              <u>ORDER</u>

_____/

        On July 21, 2006, plaintiff was ordered to show cause why this action should not be dismissed for plaintiff's failure to serve. Fed. R. Civ. P. 4(m). On July 31, 2006, plaintiff filed a response to the order to show cause and on August 9, 2006, summons were returned noting service of process was executed on defendants on August 8, 2006. Good cause appearing, IT IS HEREBY ORDERED that the July 21, 2006 order to show cause is discharged.

DATED: September 13, 2006.

                                                    /s/ John F. Moulds
                                            UNITED STATES MAGISTRATE JUDGE

/001; cornish.dsch

1